IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GUILD ASSOCIATES, INC. | : | |
| | : | Case No. 2:13-CV-1041 |
| Plaintiff, | : | |
| | : | JUDGE MICHAEL H. WATSON |
| v. | : | |
| | : | |
| BIO-ENERGY (WASHINGTON), LLC, | : | |
| | : | |
| Defendant. | : | |
| ***************************************** | : | |
| NAVIGATORS SPECIALTY | : | Case No. 2:14-CV-1676 |
| INSURANCE COMPANY, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **DEFENDANT GUILD** |
| GUILD ASSOCIATES, INC., et al. | : | **ASSOCIATES, INC.'S** |
| | : | **MEMORANDUM IN PARTIAL** |
| Defendants. | : | **OPPOSITION OF PLAINTIFF** |
| | : | **NAVIGATORS SPECIALTY** |
| | : | **INSURANCE COMPANY'S** |
| | : | **MOTION TO CONSOLIDATE** |

Now comes Defendant, Guild Associates, Inc. (Guild), and hereby agrees with Plaintiff Navigators Specialty Insurance Company's Motion to Consolidate the cases for the purpose of discovery, but opposes consolidation of the cases for the purpose of trial.

The case which is before Judge Marbley, in which Guild is the Defendant and Counterclaimant, is for declaratory judgment as to insurance coverage owed in the case which is before Judge Watson (*Guild Associates, Inc. v. Bio-Energy (Washington), LLC* (BEW). Guild's Counterclaim in Judge Marbley's case is for breach of contract and bad faith regarding

Navigators Specialty Insurance Company's failure to pay attorneys' fees as outlined in its reservation of rights letter to Guild.

As previously noted, Defendant does not oppose consolidating for the purpose of discovery so that Navigators has access to the discovery in the underlying case.  However, consolidating the cases for trial would be prejudicial and subject Guild to the needless expense of paying lawyers to essentially watch another set of lawyers litigate the underlying action.

The jury would be prejudiced because it would repeatedly be reminded about liability insurance in violation of Federal Evidence Rule 411.  The jury in the underlying action would learn Guild believes it has insurance coverage for the damages alleged by BEW and that its insurer is claiming Guild has no insurance coverage for BEW's claims.  In addition, Guild would prosecute its bad faith claim against the insurer, which is far removed from the already complex facts of the underlying case.  Allowing insurance to be added to the same case would prejudice Guild and confuse and/or prejudice the jury.

If the cases are not consolidated for trial, the trial for declaratory relief and the counterclaim would be significantly shorter than the complex evidence/witness intensive matter that is the underlying case.  Civil Rule 42(a)(3) gives this Court the latitude to issue any order to avoid unnecessary cost and Civil Rule 42(b) permits the Court to separate the cases for trial to avoid prejudice.

As an aside, Magistrate Judge Kemp is assigned to both cases, so he would be familiar with any discovery issue that would arise in either case if consolidated for discovery.   Therefore, it is respectfully requested this Court consolidate the cases for purposes of discovery but maintain separate trials for both cases.

WHEREFORE, Defendant Guild Associates, Inc. hereby requests this Court consolidate these cases for the purposes of discovery only and to permit separate trials.

        Respectfully submitted,

        GALLAGHER, GAMS, PRYOR,
        TALLAN & LITTRELL, L.L.P.

        By:    /s/ Mark H. Gams
           MARK H. GAMS   (0025362)
           Attorney for Guild Associates, Inc.
           471 East Broad Street, 19th Floor
           Columbus, Ohio  43215-3872
           (614) 228-5151  FAX:  (614) 228-0032
           mgams@ggptl.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2015, the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which will send electronic notification to:

| | |
|---|---|
| Timothy P. Ristau | Christopher R. Pettit |
| John G. Farnan | Lane Alton & Horst |
| Rema A. Ina | Two Miranova Place, Suite 500 |
| Weston Hurd LLP | Columbus, Ohio 43215 |
| 1301 East 9th Street | *Attorney for Bio-Energy (Washington) LLC* |
| Cleveland, Ohio 44114-1862 | |
| *Counsel for Plaintiff Navigators Specialty Insurance Company* | |
| | |
| Robert J. Rauch | |
| Law Offices of Robert J. Rauch | |
| 1159 Chuckanut Ridge Drive | |
| Bow, WA  98232 | |
| *Pro Hac Vice Attorney for Bio-Energy (Washington) LLC* | |

           /s/ Mark H. Gams
           MARK H. GAMS  (0025362)
           Attorney for Guild Associates, Inc.

mhg\128525\pl 05 kh