IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Navigators Specialty Insurance Co., | Case No. 2:14-cv-01676 |
| Plaintiff, | |
| v. | Judge Algenon L. Marbley |
| Guild Associates, Inc., et al. | Magistrate Elizabeth Preston Deavers |
| Defendants. | |

## ORDER AND ENTRY

The above-captioned case is before the Court on Defendant Bio-Energy (Washington), LLC's Motion to File Reply in Support of its Motion to Enforce Second Amended Protective Order and Related Court Orders and Response in Opposition to Guild's Motion to Enforce Settlement Agreement under Seal pursuant to Rule 5.2.1 of the Local Rules of Practice for the United States District Court for the Southern District of Ohio.

For the reasons set forth in Defendant's Motion and for good cause shown, the Defendant's Motion is hereby GRANTED.

The Court ORDERS that Defendant file its Reply and Response in Opposition under seal.

IT IS SO ORDERED.

_____
Elizabeth Preston Deavers
Magistrate Judge