IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Navigators Specialty Insurance Co.,

    Plaintiff,

v.

Guild Associates, Inc., et al.

    Defendants.

Case No. 2:14-cv-01676

Judge Algenon L. Marbley

Magistrate Judge Elizabeth Preston Deavers

## ORDER AND ENTRY

The above-captioned case is before the Court on Defendant Bio-Energy (Washington), LLC's *Motion for Leave to File its Second Supplement to Status Report to the Court Filed under Seal pursuant to the Court's Sealed Order of October 17, 2018 under Seal Pursuant to Rule 5.2.1 of the Local Rules of Practice for the United States District Court for the Southern District of Ohio.*

For the reasons set forth in Defendant's Motion and for good cause shown, the Defendant's Motion is hereby GRANTED.

The Court ORDERS that Defendant file its Motion for Clarification under seal.

**IT IS SO ORDERED.**

_____
Elizabeth Preston Deavers, Magistrate Judge